```
         UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

JAMES RANDY SCHOONOVER,

    Plaintiff,

v.                              Civil Action no. 2:19-cv-00386

CLAY COUNTY SHERIFF'S DEPARTMENT,
CLAY COUNTY COMMISSION, MICHAEL
PATRICK MORRIS, and JONATHAN
HOLCOMB,

    Defendants.

## ORDER AND NOTICE

    Pursuant to L.R. Civ. P. 16.1, it is ORDERED that the following dates are hereby fixed as the time by or on which certain events must occur:

07/15/2019     Motions under F.R. Civ. P. 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to L.R. Civ. P. 7.1 (a)).

07/24/2019     Last day for Rule 26(f) meeting.

07/31/2019     Last day to file Report of Parties' Planning Meeting. See L.R. Civ. P. 16.1.

08/09/2019     Scheduling conference at 11:00 a.m. at the Robert C. Byrd United States Courthouse in Charleston, before the undersigned, unless canceled. Lead counsel directed to appear.

08/16/2019     Entry of scheduling order.

08/23/2019     Last day to serve F.R. Civ. P 26(a)(1) disclosures.

The Clerk is requested to transmit this Order and Notice to all counsel of record and to any unrepresented parties.

DATED: June 24, 2019

_____
John T. Copenhaver, Jr.
Senior United States District Judge